UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JULIAN R. BLACKSHEAR,

    Plaintiff,

v.

SHERIFF PINKIY, SUPERINTENDANT SAX, SUPERINTEDANT SAVER, SRG. KELLEN, SRG. CLAIG, SRG. DELAPAS, SRG. STANISKI, SRG. HAROLD, SRG. BUTKEE, C.O. HAYVER, C.O. KNAUS, C.O. MOOLE, C.O. ESTRADA, C.O. DE LA PALTIA, C.O. NEUMDENECK, C.O. MAXWELL, C.O. DULLEY, C.O. DUNHAM, C.O. ZIND, C.O. RIELY, C.O. CALLSON, OLSEN, NURSE JODY, NURSE JEN, WCJ MEDICAL DR. MD, SRG. SMITH, NURSE HEATHER, C.O. MCGUIRE, C.O. ESPINOZA, and C.O. PHILLIPS,

    Defendants.

Case No. 21-CV-1156-JPS

**ORDER**

Plaintiff Julian R. Blackshear, an inmate confined at the Wisconsin Resource Center, filed a pro se complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. ECF No. 1. On August 11, 2022, the Court screened Plaintiff's complaint, found that it failed to state a claim, and ordered Plaintiff to file an amended complaint on or before September 1, 2022. ECF No. 14. On September 8, 2022, Plaintiff filed a motion to unfreeze or partially unfreeze inmate account. ECF No. 15.

Plaintiff indicates that he has been unable to file an amended complaint because he has no access to his records as he is currently located at the Wisconsin Resource Center for treatment. Given these circumstances, the Court construes Plaintiff's motion as a request for an extension of time to file an amended complaint. Plaintiff's justification constitutes good cause to extend the deadline and the Court will accordingly grant the motion. Plaintiff must file an amended complaint on or before **October 10, 2022.**

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to unfreeze or partially unfreeze inmate account, ECF No. 15, construed as a motion for an extension of time, be and the same is hereby **GRANTED**; Plaintiff must file an amended complaint on or before **October 10, 2022.**

Dated at Milwaukee, Wisconsin, this 9th day of September, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge